# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | No. 1:19-cv-00094-JLT (PC) |
| Plaintiff, | **ORDER CLOSING THE CASE WITH PREJUDICE DUE TO PLAINTIFF'S VOLUNTARY DISMISSAL** |
| v. | |
| DAVIDSON, et al., | **(Doc. 11)** |
| Defendants. | |

On March 1, 2019, Plaintiff filed a notice of voluntary dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). (Doc. 11.)

In *Wilson v. City of San Jose*, the Ninth Circuit explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing *Hamilton v. Shearson-Lehman American Express*, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required. *Id.* The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. *Id.*; *Pedrina v. Chun*, 987 F.2d 608, 609-10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. *Concha*, 62 F.2d at 1506.

*Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). There have been no responsive pleadings filed. A dismissal under Rule 41 is ordinarily without prejudice to the plaintiff's right

1

to commence another action for the same cause against the same defendants. *Id*. However, Plaintiff requests this action be dismissed with prejudice, apparently as part of a settlement conference that occurred on February 28, 2019, which resolved this and several other cases of Plaintiff's. (*See* Docs. 9, 10.) Because Plaintiff has exercised his right to voluntarily dismiss the complaint under Rule 41(a)(1), this case has terminated. *See Wilson*, 111 F.3d at 692.

Since this action has terminated pursuant to Plaintiff's request to voluntarily dismiss this action in accordance with Rule 41(a)(1)(i), the Clerk is ordered to close this case.

IT IS SO ORDERED.

Dated: **March 4, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE