# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PORTER, et al.,<br><br>　　　　　Defendants. | **Case No. 1:18-cv-01109-JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO VACATE ORDER DIRECTING PAYMENT OF THE FILING FEE**<br><br>**(Doc. 10)** |
| KAREEEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVIDSON, et al.,<br><br>　　　　　Defendants. | **Case No. 1:19-cv-00094-JLT (PC)**<br><br>**(Doc. 13)** |

　　　On March 1, 2019, Plaintiff filed notices of voluntary dismissal in these actions, so the Court closed both. Now, Plaintiff filed motions requesting that the Court vacate the order directing payment of his filing fee in both cases. Plaintiff's basis for his request is that he voluntarily dismissed this action before the Court screened them and before the defendants had been served. (*Id.*)

　　　A party instituting a civil action is required to pay a filing fee of $350. 28 U.S.C. § 1914.

1

A party who cannot afford to pay that amount in a lump sum, may apply for *in forma pauperis* status under 28 U.S.C. § 1915 which states:[1]

> (b)(1) . . . if a prisoner brings a civil action or files an appeal *in forma paperis*, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of --
>   (A) the average monthly deposits to the prisoner's account; or
>   (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.
> (2) After the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915 (b)(1)(A), (B). *In forma pauperis* status does not waive the filing fee for incarcerated/detained plaintiffs; rather it allows such persons to make payments on the filing fee until it is paid in full.

Plaintiff's detention and *in forma pauperis* status require monthly withdrawals from his inmate trust account to make payments on his filing fees for the present action and any other civil actions that Plaintiff has had or might pursue in the future. Such withdrawals will continue until the filing fees in all of Plaintiff's civil actions are paid in full, regardless of whether any of Plaintiff's civil actions are open or dismissed and closed. The filing fees being collected from Plaintiff's trust account are for the administrative origination and maintenance of Plaintiff's case, not for any legal review or decisions or orders of the Court. Further, the Court notes that these cases were included in a recent settlement conference in another case Plaintiff filed in this Court. *See Howell v. Babb, et al.*, No. 1:18-cv-00467-BAM (PC), Doc. No. 24. The settlement conference was successful and, as here, voluntary dismissals under Rule 41 of the Federal Rules of Civil Procedure were filed in all included cases. Plaintiff provides no authority on which to find that he should not be required to pay the filing fees for actions that he has *settled* and the Court finds none.[2] Upon receipt of the settlement funds, Plaintiff may pay the filing fees in full after which withdrawals from his trust account for the filing fees in these actions will cease.

---

[1] Though section 1983 uses the word "prisoner," the same section applies to persons such as Plaintiff who are subjected to civil detention.

[2] Indeed, the very reason he was in a position to settle the cases is *because* he filed the cases.

Accordingly, the Court **ORDERS** that Plaintiff's motion to vacate the order directing payment of the filing fee in this action, filed on March 28, 2019, (Doc. 13), is **DENIED**. The Clerk of the Court is directed to file this order on the docket for both of the above cases.

IT IS SO ORDERED.

    Dated: __**March 29, 2019**__             __**/s/ Jennifer L. Thurston**__
                                                                 UNITED STATES MAGISTRATE JUDGE